U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 21 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL G. LATHAN, JR. | CIVIL ACTION NO. 3:12-cv-3160 |
| LA. DOC #502198 | |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| WARDEN JOHNNY SUMLIN | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 20 day of May, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE